**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | | |
|---|---|---|
| **FREEDOM SCIENTIFIC, INC.** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 8-14-cv-00132** |
| | § | |
| **APPLE INC.** | § | |
| | § | |
| **DEFENDANT.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Freedom Scientific, Inc. and Defendant Apple Inc. together file this Joint Motion To Dismiss With Prejudice, the parties having resolved and settled their disputes.  Accordingly, the parties seek dismissal with prejudice of all claims and defenses in this action, and the consequent dismissal of the above-captioned action with prejudice.

Each party will bear its own attorneys' fees and costs.

Dated: May 19, 2015

Respectfully submitted,


_/s/ Aaron W. Moore_

Christopher L. Griffin
FOLEY & LARDNER LLP
100 North Tampa Street
Suite 2700
Tampa, FL  33602-5810
Phone: (813) 229-2300
Fax: (813) 221-4210

Matthew B. Lowrie
Aaron W. Moore
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA  02199
Phone: (617) 342-4000
Fax: (617) 342-4001

_Counsel for Freedom Scientific, Inc._

_/s/ Jeremy T. Elman_

Jeremy T. Elman
Florida Bar No. 37448
DLA PIPER LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, FL  33131-5341
Telephone: 305.423.8500
Facsimile: 305.423.8500
jeremy.elman@dlapiper.com

Angela J. Crawford
Florida Bar No. 43611
DLA PIPER LLP (US)
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Telephone: 813.222.5989
Facsimile: 813.371.1116
angela.crawford@dlapiper.com

Of Counsel:

Mark D. Fowler (_pro hac vice_)
Robert Buergi (_pro hac vice_)
Summer Krause (_pro hac vice_)
Katherine Cheung (_pro hac vice_)
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA  94303-2215
Telephone: 650.833.2000
Facsimile: 650.833.2001
mark.fowler@dlapiper.com
robert.buergi@dlapiper.com
summer.krause@dlapiper.com
katherine.cheung@dlapiper.com

_Counsel for Defendant Apple Inc._

### **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of May, 2015, all counsel of record are being served with a copy of this document through the Court's CM/ECF system.


_____/s/   Aaron W. Moore_____