UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FREEDOM SCIENTIFIC, INC.,**

    Plaintiff,

v.                              Case No: 8:14-cv-132-T-27MAP

**APPLE, INC.,**

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the parties' Joint Motion to Dismiss With Prejudice (Dkt. 53). Upon consideration, the Motion is **GRANTED** and this case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 20th day of May, 2015.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to:
Counsel of Record